September 27, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

RAYMOND EDWARD LEAL, Appellant

NO. 14-12-00031-CR                                V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. We have inspected the record and find there was no error in the portion of the judgment finding guilt but there was error in the punishment phase of the trial.

The cause is therefore **REVERSED** and **REMANDED** for a new trial as to punishment. The trial court shall commence the new trial as if a finding of guilt had been returned and proceed to the punishment stage of the trial. We **AFFIRM** the remainder of the judgment.

We further order this decision certified below for observance.